## WILLIAM LUDEMANN ET AL. *v.* SPECIALTY NATIONAL INSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 117 Conn. App. 656 (AC 30156), is denied.

*Stephen F. McEleney,* in support of the petition.

*Frank J. Szilagyi* and *William M. Tierney,* in opposition.

Decided December 1, 2009

## CHARLES W. COLEMAN *v.* COMMISSIONER OF CORRECTION

The petitioner Charles W. Coleman's petition for certification for appeal from the Appellate Court, 117 Conn. App. 902 (AC 30169), is denied.

*Mark Diamond,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided December 1, 2009